| | |
|---|---|
| ERIC L. CRAMER (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| JOSEPH R. SAVERI (*pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@dirllp.com<br>JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@dirllp.com<br>DUNN ISAACSON RHEE LLP<br>401 Ninth Street NW<br>Washington, DC 20004 |
| RICHARD A. KOFFMAN (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W.,<br>Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br>Email: djc@cwlawlv.com<br>Email: jcw@cwlawlv.com |
| *Counsel for the Class and Attorneys for Individual and Representative Plaintiff* | *Attorneys for Defendants* |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No.: 2:25-cv-00946-RFB-BNW<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff Phil Davis ("Plaintiff") and Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants," and collectively with Plaintiff, the "Parties"), submit this joint stipulation regarding the timing of the Parties' respective responses to the Complaint that was filed by Plaintiff on May 29, 2025 in Case No. 2:25-cv-00946-RFB-BNW.  (ECF No. 1.)  As of July 7, 2025, service of the Complaint has not yet occurred as to any Defendant. After conferring, the Parties agree, in exchange for Defendants' waiver of service, to the following schedule for Defendants' responses to the Complaint and the subsequent briefing schedule pertaining to any Rule 12 motion(s) in *Davis*:

| Date | Event |
|---|---|
| *Davis* Defendants to serve Answers to or otherwise respond to *Davis* Complaints | August 6, 2025 |
| *Davis* Plaintiff to file opposition(s) to any Rule 12 motions | September 18, 2025 |
| *Davis* Defendants to file reply(ies) in support of any Rule 12 motion(s) in *Davis* | October 9, 2025 |

Respectfully submitted,

Dated: July 7, 2025

By: */s/ Eric L. Cramer*

Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

By: */s/ William A. Isaacson*

WILLIAM A. ISAACSON
  (*Pro hac vice forthcoming*)
wisaacson@dirllp.com
JESSICA PHILLIPS
  (*Pro hac vice forthcoming*)
jphillips@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel.: 202-223-7300

1

| | |
|---|---|
| 1    Joshua P. Davis (*Pro hac vice forthcoming*) | CHRISTOPHER S. YATES |
|       Robert C. Maysey (*Pro hac vice forthcoming*) |    (*Pro hac vice forthcoming*) |
| 2    Kyla J. Gibboney (*Pro hac vice forthcoming*) | chris.yates@lw.com |
|       BERGER MONTAGUE PC | LATHAM & WATKINS LLP |
| 3    505 Montgomery Street, Suite 625 | 505 Montgomery Street, Suite 2000 |
|       San Francisco, CA 94111 | San Francisco, CA 94111 |
| 4    Telephone: +1 (415) 906-0684 | |
| 5    Email: jdavis@bm.net | SEAN M. BERKOWITZ |
|       Email: rmaysey@bm.net |    (*Pro hac vice forthcoming*) |
| 6    Email: kgibboney@bm.net | sean.berkowitz@lw.com |
|       | LATHAM & WATKINS LLP |
| 7    *Counsel for Plaintiff Phil Davis* | 330 North Wabash Ave, Suite 2800 |
|       *and the Proposed Class* | Chicago, IL 60611 |
| 8 | |
| 9    Joseph R. Saveri (*pro hac vice*) | LAURA WASHINGTON |
|       Kevin E. Rayhill (*pro hac vice*) |    (*Pro hac vice forthcoming*) |
| 10    Christopher K. L. Young (*pro hac vice*) | laura.washington@lw.com |
|       Itak Moradi (*pro hac vice*) | LATHAM & WATKINS LLP |
| 11    JOSEPH SAVERI LAW FIRM | 10250 Constellation Blvd, Suite 1100 |
| 12    601 California St., Suite 1000 | Los Angeles, CA 90067 |
|       San Francisco, CA 94108 | |
| 13    Telephone: +1 (415) 500-6800 | DAVID L. JOHNSON |
|       Facsimile: +1 (415) 395-9940 |    (*Pro hac vice forthcoming*) |
| 14    Email: jsaveri@saverilawfirm.com | david.johnson@lw.com |
|       Email: krayhill@saverilawfirm.com | LATHAM & WATKINS LLP |
| 15    Email: cyoung@saverilawfirm.com | 555 Eleventh Street NW, Suite 1505 |
| 16    Email: imoradi@saverilawfirm.com | Washington, D.C. 20004 |
|       | |
| 17    Richard A. Koffman (*Pro hac vice forthcoming*) | DONALD J. CAMPBELL (No. 1216) |
|       Benjamin Brown (*Pro hac vice forthcoming*) | djc@campbellandwilliams.com |
| 18    Daniel H. Silverman (*Pro hac vice forthcoming*) | J. COLBY WILLIAMS (No. 5549) |
|       COHEN MILSTEIN SELLERS & TOLL, PLLC | jcw@campbellandwilliams.com |
| 19    1100 New York Ave., N.W., Suite 500 East Tower | CAMPBELL & WILLIAMS |
| 20    Washington, DC 20005 | 700 South 7th Street |
|       Telephone: +1 (202) 408-4600 | Las Vegas, Nevada 89101 |
| 21    Facsimile: +1 (202) 408-4699 | |
|       Email: rkoffman@cohenmilstein.com | *Attorneys for Defendants* |
| 22    Email: bbrown@cohenmilstein.com | |
| 23    Email: dsilverman@cohenmilstein.com | |
| 24    Daniel Gifford (*Pro hac vice forthcoming*) | |
|       COHEN MILSTEIN SELLERS & TOLL, PLLC | |
| 25    88 Pine St., Suite 14th Fl. | |
|       New York, NY 10005 | |
| 26    Telephone : +1 (617) 877-0508 | |
| 27    Email : dgifford@cohenmilstein.com | |
| 28 | |

W. Joseph Bruckner (*Pro hac vice forthcoming*)
Brian D. Clark (*Pro hac vice forthcoming*)
Consuela M. Abotsi-Kowu (*Pro hac vice forthcoming*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S, Suite 2200
Minneapolis, MN 55401
Telephone: +1 (612) 596-4001
Facsimile : +1 (612) 339-0981
Email : wjbruckner@locklaw.com
Email : bdclark@locklaw.com
Email : cmabotsi-kowu@locklaw.com

Kyle Pozan (*Pro hac vice forthcoming*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark St., Ste. 700
Chicago, IL 60610
Telephone : +1 (612) 339-6900
Email : kjpozan@locklaw.com

*Additional Counsel for Plaintiff Phil Davis and the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane
Ste #100
Las Vegas, NV 89107
702-655-2346
Fax: 702-655-3763
Email: mike@claggettlaw.com

*Liaison Counsel for Plaintiff Phil Davis and the Proposed Class*

## ORDER

The parties' above stipulation to modify the schedule regarding Defendants' response to Plaintiff's complaint is GRANTED.

**IT IS SO ORDERED**

**DATED:** 4:52 pm, July 09, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Stipulation was served on July 7, 2025 via the Court's CM/ECF electronic filing system addressed to all Parties on the e-service list.

/s/ Eric L. Cramer
Eric L. Cramer
Counsel for Plaintiff Phil Davis