# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case # 2:25-cv-00946

Phil Davis, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____William A. Isaacson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dunn Isaacson Rhee LLP_____
(firm name)

with offices at _____401 Ninth Street, N.W._____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20004_____,
(city) (state) (zip code)

_____(202) 240-2900_____, _____wisaacson@dirllp.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Zuffa LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc.
[client(s)]
to provide legal representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 7/29/1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHMENT A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3  _____
   Petitioner's signature

4  STATE OF WASHINGTON, DC  )
5                           )
   ~~COUNTY OF~~ _____  )

7  ___William A. Isaacson___, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9  _____
   Petitioner's signature

10 Subscribed and sworn to before me this

11 25th day of AUGUST, 2025.

13 _____
   Notary Public or Clerk of Court

   Sarah H. Lee
   Notary Public, District of Columbia
   My Commission Expires 4/14/2028

   [Notary Seal: SARAH H. LEE, NOTARY PUBLIC, MY COMMISSION EXPIRES 4/14/2028, DISTRICT OF COLUMBIA]

16 ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

17 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18 believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___
                                                                          (name of local counsel)
19 Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20 above-entitled Court as associate resident counsel in this action. The address and email address of
21 said designated Nevada counsel is:

23 _____710 South 7th Street_____
              (street address)

24 ___Las Vegas___, ___Nevada___, ___89101___
       (city)           (state)       (zip code)

26 ___702-382-5222___, ___jcw@cwlawlv.com___
   (area code + telephone number)    (Email address)

28                                    4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____J. Colby Williams_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Riche McNight_
(party's signature)

Riche McNight, Chief Legal Officer, TKO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

5549                    jcw@cwlawlv.com
Bar number              Email address

APPROVED:

Dated: this __27__ day of ____August____, 20_25_.

[signature]
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *William A Isaacson*

was duly qualified and admitted on July 29, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 25, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

## ATTACHMENT A

### TO VERIFIED PETITION OF WILLIAM A. ISAACSON FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| District of Columbia Court of Appeals | 7/29/1988 | 414788 |
| United States District Court, District of Columbia | 12/5/1988 | 414788 |
| U.S. District Court, District of Maryland | 7/16/1993 | 11472 |
| United States Supreme Court | 4/26/2004 | 250855 |
| U.S. Court of Appeals for the District of Columbia | 10/31/1990 | N/A* |
| U.S. Court of Appeals for the Federal Circuit | 2/2/2016 | N/A* |
| U.S. Court of Appeals for the Second Circuit | 1/22/2014 | 90559 |
| U.S. Court of Appeals for the Third Circuit | 6/24/2010 | N/A* |
| U.S. Court of Appeals for the Fourth Circuit | 8/21/1992 | N/A* |
| U.S. Court of Appeals for the Sixth Circuit | 1/24/2007 | N/A* |
| U.S. Court of Appeals for the Ninth Circuit | 12/2/2016 | N/A* |
| U.S. Court of Appeals for the Tenth Circuit | 9/14/2010 | N/A* |
| U.S. Court of Appeals for the Eleventh Circuit | 04/19/2021 | N/A* |
| U.S. District Court, District of Colorado (inactive) | 02/28/2018 | N/A* |
| Pennsylvania Supreme Court (inactive) | 11/19/1987 | 50240 |
| U.S. Court of Appeals for the Fifth Circuit (inactive) | 05/27/2000 | N/A* |
| U.S. Court of Appeals for the Eighth Circuit (inactive) | 11/30/1988 | 88-852 |

*Court does not issue bar numbers