**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Phil Davis, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

Zuffa LLC, TKO Group Holdings, Inc., et al.,

    Defendant(s).

Case # 2:25-cv-00946-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Robert Medina_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins, LLP
(firm name)

with offices at _____10250 Constellation Blvd., Suite 1100_____,
(street address)

___Los Angeles___, ___California___, ___90067___,
(city) (state) (zip code)

___424.653.5500___, ___robert.medina-garcia@lw.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Zuffa LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   12/4/2019  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  California 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

1  6.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

3  None.
4
5

6  7.  That Petitioner is a member of good standing in the following Bar Associations.

7  California
8
9

10  8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2
11  (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19  (If necessary, please attach a statement of additional applications)

20  9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the
21  State of Nevada with respect to the law of this state governing the conduct of attorneys to the same
22  extent as a member of the State Bar of Nevada.

23  10.  Petitioner agrees to comply with the standards of professional conduct required of
24  the members of the bar of this court.

25  11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to
26  practice in this jurisdiction and that the client has consented to such representation.

27
28

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____
   Petitioner's signature

   STATE OF California
5  COUNTY OF Orange
6

7  Robert Meding Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____
   Petitioner's signature

10 Subscribed and sworn to before me this

11 18th day of November, 2025.

12

13 _____
   Notary Public or Clerk of Court

14

   MARIANNE MANNING
   Notary Public - California
   Orange County
   Commission # 2427745
   My Comm. Expires Nov 22, 2026

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18  believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___,
                                                                           (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20  above-entitled Court as associate resident counsel in this action. The address and email address of
21  said designated Nevada counsel is:
22

23  _____710 South 7th Street_____,
                    (street address)

24  ___Las Vegas___, ___Nevada___, ___89101___,
25      (city)          (state)       (zip code)

26  ___702.382.5222___, ___jcw@cwlawlv.com___.
    (area code + telephone number)   (Email address)

27

28                                    4                                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____J. Colby Williams_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Riche McNight_
(party's signature)

Riche McNight, Chief Legal Officer, TKO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

J. Colby Williams

_____
Designated Resident Nevada Counsel's signature

5549                jcw@cwlawlv.com
Bar number          Email address

APPROVED:

Dated: this __21__ day of __November__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*JESUS ROBERTO MEDINA-GARCIA*</u>

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that JESUS ROBERTO MEDINA-GARCIA, #329101, was on the 4th day of December 2019 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 17th day of November 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
T. Ma, Deputy Clerk