## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PHIL DAVIS, on behalf of himself and all others similarly situated,

        Plaintiff(s),

    vs.

Zuffa, LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,

        Defendant(s).

Case # 2:25-cv-00946-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Hanna Nunez Tse_____, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Latham & Watkins LLP_____
                     (firm name)

with offices at _____505 Montgomery Street, Suite 2000_____,
                          (street address)

_____San Francisco_____, _____California_____, _____94111_____,
      (city)               (state)          (zip code)

_____415.391.0600_____, _____hanna.nuneztse@lw.com_____.
  (area code + telephone number)         (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by Zuffa, LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc. to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 8, 2022___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE

7.      That Petitioner is a member of good standing in the following Bar Associations.

CA State Bar - December 8, 2022 - Bar No. 346510

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Signed by:

*Hanna Nunez Tse*          Hanna Nunez Tse
29EF3B568E284 Petitioner's signature

STATE OF ___Florida___ )
COUNTY OF ___Lee___ )

___Hanna Nunez Tse___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Signed by:

*Hanna Nunez Tse*          Hanna Nunez Tse
29EF3B568E2847 Petitioner's signature

Subscribed and sworn to before me this

___26th___ day of ___February___, ___2026___.

Signed by:

*Autumn Thornton*
___Autumn Thornton___
Notary Public or Clerk of Court

Hanna Nunez Tse, who appeared by means of online notarization and produced a Drivers License as identification.

AUTUMN THORNTON
Notary Public - State of Florida
Commission # HH 351044
My Comm. Expires Jan 19, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___710 South 7th Street___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)          (state)          (zip code)

___702.382.5222___, ___jcw@cwlawlv.com___.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ *Riché T. McKnight*
(party's signature)

*Riché T. McKnight, Chief Legal Office,  TKO*
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

5549                              jcw@cwlawlv.com
Bar number                  Email address

APPROVED:

Dated: this __23__ day of ___March___, 20_26_.

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

### JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *HANNA NUNEZ TSE*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Hanna Nunez Tse # 346510, was on the 8th day of December 2022, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 26th day of February 2026.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Michael Hallisy, Deputy Clerk*