WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY (*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street, Ste. A
Las Vegas, NV 89101
Tel: (702) 382-5222

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*Attorneys for Defendants Zuffa, LLC and TKO Group Holdings, Inc.*

MAAREN A. SHAH (*Pro hac vice*)
maarenshah@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

*Attorney for Defendant Endeavor Group Holdings, Inc.*

[Additional counsel listed on signature]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:25-cv-00946-RFB-BNW<br><br>**PETITIONERS AARON T. CHIU AND JOSEPH AXELRAD'S STATUS REPORT PURSUANT TO THE COURT'S MARCH 24, 2026 ORDER AND NOTICE OF WITHDRAWAL OF REDUNDANT VERIFIED PETITIONS FOR PERMISSION TO PRACTICE *PRO HAC VICE*** |

Petitioners Aaron T. Chiu and Joseph Axelrad ("Petitioners") submit this status report pursuant to the Court's order on March 24, 2026.  ECF No. 198.  On August 12, 2025, Petitioners were granted permission to practice on a *pro hac vice* basis in this matter.  *See* ECF Nos. 29, 30.  On December 12, 2025, Petitioners inadvertently submitted redundant *pro hac vice* petitions. *See* ECF Nos. 108, 109.  Because Petitioners have already been granted permission to practice on a *pro hac vice* basis in this matter, *see* ECF Nos. 29, 30, Petitioners respectfully request to withdraw the redundant petitions filed at ECF Nos. 108 and 109.  Petitioners are concurrently filing a proposed order to that effect.

Dated: March 27, 2026

Respectfully Submitted,

By: /s/ *Aaron T. Chiu*

WILLIAM A. ISAACSON
(*Pro hac vice*)
wisaacson@dirllp.com
JESSICA PHILLIPS
(*Pro hac vice*)
jphillips@dirllp.com
AGBEKO PETTY
(*Pro hac vice*)
apetty@dirllp.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

AARON T. CHIU
(*Pro hac vice*)
aaron.chiu@lw.com
CHRISTOPHER S. YATES
(*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

SEAN M. BERKOWITZ
(*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

LAURA WASHINGTON
(*Pro hac vice*)
laura.washington@lw.com
JOSEPH AXELRAD
(*Pro hac vice*)
joseph.axelrad@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500

*Attorneys for Defendants Zuffa, LLC and TKO Group Holdings, Inc.*

WILLIAM R. SEARS
*(Pro hac vice)*
will.sears@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

MAAREN A. SHAH
*(Pro hac vice*)
maarenshah@quinnemanuel.com
ELLISON WARD MERKEL
*(Pro hac vice*)
ellisonmerkel@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

*Attorneys for Defendant Endeavor Group Holdings, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PETITIONERS AARON T. CHIU AND JOSEPH AXELRAD'S STATUS REPORT PURSUANT TO THE COURT'S MARCH 24, 2026 ORDER AND NOTICE OF WITHDRAWAL OF REDUNDANT VERIFIED PETITIONS FOR PERMISSION TO PRACTICE** *PRO HAC VICE* was served on March 27, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Aaron T. Chiu*
Aaron T. Chiu (*Pro hac vice*) of
LATHAM & WATKINS LLP