## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>      Defendants. | No.: 2:25-cv-00946-RFB-BNW<br><br><br>**[PROPOSED] ORDER GRANTING PETITIONERS AARON T. CHIU AND JOSEPH AXELRAD'S STATUS REPORT PURSUANT TO THE COURT'S MARCH 24, 2026 ORDER AND NOTICE OF WITHDRAWAL OF REDUNDANT VERIFIED PETITIONS FOR PERMISSION TO PRACTICE *PRO HAC VICE*** |

[PROPOSED] ORDER                CASE NO. 2:25-CV-00946-RFB-BNW

## [PROPOSED] ORDER

This Court, having read and considered Petitioners Aaron T. Chiu and Joseph Axelrad's Status Report Pursuant to the Court's March 24, 2026 Order and Notice of Withdrawal of Redundant Verified Petitions for Permission to Practice *Pro Hac Vice*, hereby orders:

ECF Nos. [108] and [109] to be **withdrawn** from the record. Petitioners continue to have permission to practice on a *pro hac vice* basis in this matter pursuant to this Court's prior grant of permission in ECF Nos. [29] and [30].

**IT IS SO ORDERED**.

Dated: _____

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES JUDGE

1