# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB-BNW<br><br>**ORDER WITHDRAWING VERIFIED PETITIONS FOR PERMISSION TO PRACTICE *PRO HAC VICE*** |

## ORDER

Having read and considered Petitioners Aaron T. Chiu and Joseph Axelrad's Status Report (ECF No. 202), the Court finds that their Petitions for Permission to Practice *Pro Hac Vice* (ECF Nos. 108, 109) are redundant, as Petitioners have already been granted permission to practice in this matter.

Therefore, **IT IS HEREBY ORDERED** the Petitions (ECF Nos. 108, 109) are **WITHDRAWN**. The Clerk of Court is kindly instructed to **TERMINATE** them. Petitioners continue to have permission to practice on a *pro hac vice* basis in this matter pursuant to this Court's prior grant of permission (ECF Nos. 29, 30).

**Dated**: March 28, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1