**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, *on behalf of themselves and all others similarly situated*,<br>*Plaintiffs*,<br>v.<br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>*Defendants*. | No.: 2:21-cv-01189-RFB<br><br>**ORDER SETTING THE DEADLINE FOR ZUFFA, LLC AND TKO OPERATING COMPANY'S COUNTER PROPOSAL CONCERNING DEVICE DATA AND EXTENDING THE DEADLINE FOR IDENTIFYING EXHIBITS FOR THE OCTOBER 8-9, 2026 SPOLIATION HEARING** |
| PHIL DAVIS, *on behalf of himself and all others similarly situated*,<br>Plaintiff,<br>v.<br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br>Defendants. | No.: 2:25-CV-00946-RFB-BNW |

Having considered the stipulation presented to the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT:**

(1) Defendants shall file their counterproposal for reviewing device extractions by September 24, 2026;

(2) The deadline for providing to the Court and exchanging among counsel any potential exhibits for the October 8-9 hearing shall be extended to October 1, 2026; and

(3) Plaintiffs' Motion for Clarification, ECF No. 763, is denied as moot.

**DATED:** September 16, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**