***UNITED STATES DISTRICT COURT***

***DISTRICT OF NEVADA***

* * *

| | |
|---|---|
| In re: Miscellaneous Zuffa Matters<br><br>2:21-cv-1189 Johnson et al. v Zuffa et al.,<br>2:25-cv-0946 Davis et al., v Zuffa et al., | MINUTES OF THE COURT<br><br>DATED: October 8 2026 |

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK D. Smith/ C. Torres COURT REPORTER P. Eaker

LAW CLERK: Jadyn Tiong

COUNSEL FOR PLAINTIFFS: 21-cv-1189 (Johnson) and 25-cv-946 (Davis) Michael Dell'Angelo, Patrick Madden, Michael Gayan, Itak Moradi, Robert Maysey, and Emily Marcus
26-cv-00539 (Costantino)– Devin Dippold joined by Shane Godfrey, IT;

COUNSEL FOR DEFENDANT(S): 21-cv-1189 (Johnson) and 25-cv-946 (Davis) matters Zuffa/TKO - Chris Yates, Sam Mirkovich, Aaron Chiu, , Joseph Axelrad, Danielle Leneck, Max Shapirom Matt Kaminer, and Dixon Carvalho-Anderson
26-cv-00539 (Costantino) matter – Sam Mirkovich
Counsel for Endeavor Defendants in all matters: Rory Kay, Maaren Shah, Ellison Merkel, Gabriel Rosenblum, Kristen Tahler, and Sam Cleveland

MINUTES OF PROCEEDINGS: **Spoliation Hearing Day 6**

9:14 a.m. Court in session. Above participants in attendance. For reasons stated on the record IT IS ORDERED the filing made last night by Zuffa/TKO at CM/ECF No. [809] is STRICKEN from the record as is the [812] Joinder filed by Endeavor. A brief recess is taken to afford counsel and experts time to discuss proposal as to expert testimony.

9:21 a.m. Court in recess.

9:38 a.m. Court in session; same participants; the Court and parties discuss the proposal and other case matters. Adam Hart, Defendants' Expert, called forward and sworn; examination by the Court.

10:35 a.m. Court in recess

10:52 a.m. Court in session; same participants. Mr Hart continues under Court examination.

12:06 p.m. Court in recess.

1:03 p.m. Court in session with same participants. The Court and parties discuss the likely designation of the content to be extracted.

1:32 p.m. Dr Joseph Greenfield, plaintiff's expert, called forward and sworn; examination by the Court. Mr Hart also called forward for examination; The Court hears from counsel as to the procedures/processes discussed by the Court.

2:30 p.m. The Court returns both experts to the stand(s) to discuss collaboration and proposals. It is ordered, counsel and experts shall submit to the Court a joint protocol including analysis, tomorrow 10/9/2026, at 8:00 a.m. The protocol should be emailed to RFB_Chambers@nvd.uscourts.gov.

3:00 p.m. Court in recess; to reconvene tomorrow, 10/9/2026 at 10:00 a.m.

**DEBRA K. KEMPI, CLERK**
**U.S. DISTRICT COURT**

By: *Darci Smith*
Darci Smith, Deputy Clerk