YOTAM BARKAI (*pro hac vice*)
ybarkai@dirllp.com
**DUNN ISAACSON RHEE LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 389-9704

Attorney for Defendants *Zuffa, LLC, TKO Operating Company, LLC, and TKO Group Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB<br><br>**NOTICE OF CHANGE OF ADDRESS** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC) and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:25-cv-00914-RFB |

| | |
|---|---|
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:25-cv-00946-RFB |

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that, pursuant to LR IA 3-1 and effective immediately, the address of Yotam Barkai, counsel for Defendants Zuffa, LLC, TKO Operating Company, LLC, and TKO Group Holdings, Inc., is as follows:

Yotam Barkai
Dunn Isaacson Rhee LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Mr. Barkai has updated his contact information in PACER and respectfully requests that the service lists for these matters be updated as necessary. Mr. Barkai's email address and telephone number remain the same.

Dated: November 4, 2026

**DUNN ISAACSON RHEE LLP**

By: *<u>/s/ Yotam Barkai</u>*
YOTAM BARKAI (*pro hac vice*)
ybarkai@dirllp.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 389-9704

Attorney for Defendants
*Zuffa, LLC, TKO Operating Company, LLC, and TKO Group Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on November 4, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Yotam Barkai*
Yotam Barkai