Michael Dell'Angelo (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: mdellangelo@bergermontague.com

Counsel for Plaintiff Phil Davis and the Proposed Class

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

PHIL DAVIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZUFFA, LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,

Defendants.

Case No.: 2:25-cv-00946-RFB-BNW

**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFF PHIL DAVIS'S OPPOSITION TO ZUFFA, LLC AND TKO GROUP HOLDINGS, INC.'S MOTION FOR AN ORDER TO SHOW CAUSE**

I, Michael Dell'Angelo, declare and state as follows:

1. I am an attorney at Berger Montague PC ("Berger Montague"), counsel for Plaintiff Phil Davis ("Plaintiff") and the proposed class in this action. I am a member in good standing of the State Bar of New Jersey and the Commonwealth Bar of Pennsylvania and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2. I make this Declaration in support of Plaintiff Phil Davis's Opposition to Zuffa, LLC and TKO Group Holdings, Inc.'s Motion for an Order to Show Cause (ECF No. 384).

3. Attached as Exhibit 1 is a true and correct copy of a July 13, 2025 email from Eric L. Cramer, counsel for Plaintiffs, to counsel for Defendants, forwarding Mr. Cramer's June 19, 2025 email to counsel for Defendants transmitting a draft Joint Status Report regarding coordination of the *Johnson*, *Cirkunovs*, and *Davis* actions, a proposed revised Protective Order, and a proposed revised ESI Stipulation.

4. Attached as Exhibit 2 is a true and correct copy of a July 14, 2025 email from Benjamin Cabranes, counsel for Defendants, to counsel for Plaintiffs, transmitting Defendants' revisions to the draft Joint Status Report.

5. Attached as Exhibit 3 is a true and correct copy of a July 16, 2025 email from Eric L. Cramer to counsel for Defendants responding to Defendants' revisions to the draft Joint Status Report.

6. Attached as Exhibit 4 is a true and correct copy of an August 7, 2025 email from Eric L. Cramer to counsel for Defendants, which includes Mr. Cabranes's August 5, 2025 email transmitting Defendants' further revisions to the draft Joint Status Report.

7. Attached as Exhibit 5 is a true and correct copy of Defendants' First Set of Requests for Admission on Plaintiff, served on Plaintiff on April 17, 2026.

8. Attached as Exhibit 6 is a true and correct copy Defendants' First Set of Requests for Production on Plaintiff, served on Plaintiff on June 10, 2026.

9. Attached as Exhibit 7 is a true and correct copy of Plaintiff's Amended Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), served on November 10, 2026. Contact information for individuals associated with Defendants and third parties has been redacted from this exhibit. Plaintiff will provide an unredacted copy at the Court's request.

10. Attached as Exhibit 8 is a true and correct copy of Defendants Zuffa, LLC and TKO Group Holdings, Inc.'s Second Set of Requests for Production of Documents to Plaintiff, served on Plaintiff on November 12, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed at Philadelphia, Pennsylvania on November 20, 2026.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo