Michael Dell'Angelo (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: mdellangelo@bergermontague.com

Counsel for Plaintiff Phil Davis and the Proposed Class

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

PHIL DAVIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ZUFFA, LLC, TKO GROUP HOLDINGS, INC. (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,

Defendants.

Case No.: 2:25-cv-00946-RFB-BNW

**INDEX OF EXHIBITS TO THE DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFF PHIL DAVIS'S OPPOSITION TO ZUFFA, LLC AND TKO GROUP HOLDINGS, INC.'S MOTION FOR AN ORDER TO SHOW CAUSE**

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | July 13, 2025 email from E. Cramer to counsel for Defendants, forwarding E. Cramer's June 19, 2025 email transmitting a draft Joint Status Report, a proposed revised Protective Order, and a proposed revised ESI Stipulation |
| 2 | July 14, 2025 email from B. Cabranes to counsel for Plaintiffs transmitting Defendants' revisions to the draft Joint Status Report |
| 3 | July 16, 2025 email from E. Cramer to counsel for Defendants responding to Defendants' revisions to the draft Joint Status Report |
| 4 | August 7, 2025 email from E. Cramer to counsel for Defendants, including B. Cabranes's August 5, 2025 email transmitting Defendants' further revisions to the draft Joint Status Report |
| 5 | Defendants' First Set of Requests for Admission on Plaintiff, served April 17, 2026 |
| 6 | Defendants' First Set of Requests for Production on Plaintiff, served June 10, 2026 |
| 7 | Plaintiff's Amended Initial Disclosures, served November 10, 2026 (redacted) |
| 8 | Defendants Zuffa, LLC and TKO Group Holdings, Inc.'s Second Set of Requests for Production of Documents to Phil Davis, served November 12, 2026 |

Dated: November 20, 2026

Respectfully submitted,

By: /s/ Joseph R. Saveri
Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac vice*)
SAVERI LAW FIRM, LLP
550 California St., Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: +1 (612) 596-4001
Email: wjbruckner@locklaw.com
Email: bdclark@locklaw.com

By: /s/ Michael Dell'Angelo
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

Joshua P. Davis (*Pro hac vice*)
Robert Maysey (*Pro hac vice*)
BERGER MONTAGUE PC
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com
Email: rmaysey@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class*

Kyle Pozan (*Pro hac vice*)
Consuela M. Abotsi-Kowu (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark St., Suite 700
Chicago, IL 60610
Telephone: +1 (312) 205-8968
Email: kjpozan@locklaw.com
Email: cmabotsi-kowu@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Class*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
Daniel Gifford (*Pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

*Additional Counsel for Plaintiffs and the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Class*