# EXHIBIT 4

# RE: Johnson/Cirkunovs/Davis

**From:** "Eric L. Cramer" <ecramer@bergermontague.com>
**Sent:** Thursday, August 7, 2025 3:48 PM
**To:** Benjamin Cabranes <BCabranes@dirllp.com>; "Joseph.Axelrad@lw.com" <Joseph.Axelrad@lw.com>
**Cc:** "Chris.Yates@LW.com" <Chris.Yates@LW.com>; "Aaron.Chiu@lw.com" <Aaron.Chiu@lw.com>; William Isaacson <WIsaacson@dirllp.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; "Patrick F. Madden" <pmadden@bergermontague.com>; "Robert.Medina-Garcia@lw.com" <Robert.Medina-Garcia@lw.com>; Jessica Phillips <JPhillips@dirllp.com>; Agbeko Petty <APetty@dirllp.com>; "Samantha.Koppel@lw.com" <samantha.koppel@lw.com>
**Subject:** RE: Johnson/Cirkunovs/Davis
**Attachments:** Johnson Cirkunovs Davis- Joint Status Report Coordination(20565301.17).docx

---

Ben, please see our redline of a clean version of what you attached to the below email. Please let us know if this is acceptable so we can get it on file. Where are you with comments on the attachments?
--Eric

**Eric L. Cramer**/*Chairman*
215.875.3009 215.327.9583

BERGER MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

**From:** Benjamin Cabranes
**Sent:** Tuesday, August 5, 2025 11:38 AM
**To:** Joseph.Axelrad@lw.com; Eric L. Cramer
**Cc:** Chris.Yates@LW.com; Aaron.Chiu@lw.com; William Isaacson ; Michael Dell'Angelo ; Patrick F. Madden ; Robert.Medina-Garcia@lw.com; Jessica Phillips ; Agbeko Petty ; Samantha.Koppel@lw.com
**Subject:** RE: Johnson/Cirkunovs/Davis

Eric – see attached from Defendants in track changes on top of your track changes. We'll convey any edits or comments on your proposed exhibits under separate cover.
Thanks,
Ben

DIR
**Ben Cabranes | Associate**
**Dunn Isaacson Rhee LLP**
bcabranes@dirllp.com
(202) 240-2914 (direct) | (203) 687-7099 (cell)
401 9th Street NW, Washington, DC 20004
Website | LinkedIn

---

**From:** Joseph.Axelrad@lw.com <Joseph.Axelrad@lw.com>
**Sent:** Wednesday, July 23, 2025 6:31 PM
**To:** ecramer@bergermontague.com
**Cc:** Chris.Yates@LW.com; Aaron.Chiu@lw.com; William Isaacson <WIsaacson@dirllp.com>; Benjamin Cabranes <BCabranes@dirllp.com>; mdellangelo@bergermontague.com; pmadden@bergermontague.com; Robert.Medina-Garcia@lw.com; Jessica Phillips <JPhillips@dirllp.com>
**Subject:** RE: Johnson/Cirkunovs/Davis

Just sent an invite. Thanks.

**From:** Eric L. Cramer <ecramer@bergermontague.com>
**Sent:** Wednesday, July 23, 2025 3:06 PM
**To:** Axelrad, Joseph (CC) <Joseph.Axelrad@lw.com>
**Cc:** Yates, Chris (Bay Area) <Chris.Yates@LW.com>; Chiu, Aaron (Bay Area) <Aaron.Chiu@lw.com>; WIsaacson@dirllp.com; BCabranes@dirllp.com; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick F. Madden <pmadden@bergermontague.com>; Medina-Garcia, Robert (LA) <Robert.Medina-Garcia@lw.com>; JPhillips@dirllp.com
**Subject:** RE: Johnson/Cirkunovs/Davis

We can do 1 pm ET/10 am PT tomorrow. Please send a link. Thanks, Eric

**Eric L. Cramer**/*Chairman*
215.875.3009 215.327.9583

BERGER | MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Joseph.Axelrad@lw.com <Joseph.Axelrad@lw.com>
**Sent:** Wednesday, July 23, 2025 4:37 PM
**To:** Eric L. Cramer <ecramer@bergermontague.com>
**Cc:** Chris.Yates@LW.com; Aaron.Chiu@lw.com; WIsaacson@dirllp.com; BCabranes@dirllp.com; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick F. Madden <pmadden@bergermontague.com>; Robert.Medina-Garcia@lw.com; JPhillips@dirllp.com
**Subject:** RE: Johnson/Cirkunovs/Davis

Eric,

We can be free tomorrow from 10-11 a.m. PST or 3-4 p.m. PST. Please let us know if either of those times work for you.

Thanks.

Joe

**From:** Eric L. Cramer <ecramer@bergermontague.com>
**Sent:** Wednesday, July 23, 2025 9:49 AM
**To:** Benjamin Cabranes <BCabranes@dirllp.com>; Chris Yates <chris.yates@lw.com>; William Isaacson <WIsaacson@dirllp.com>
**Cc:** Aaron Chiu <aaron.chiu@lw.com>; Jessica Phillips <JPhillips@dirllp.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick F. Madden <pmadden@bergermontague.com>
**Subject:** RE: Johnson/Cirkunovs/Davis

Ben, I'm following up on the below. When can you meet and confer?

**Eric L. Cramer**/*Chairman*
215.875.3009 215.327.9583

BERGER | MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

**From:** Eric L. Cramer
**Sent:** Wednesday, July 16, 2025 5:38 PM
**To:** Benjamin Cabranes <BCabranes@dirllp.com>; Chris Yates <chris.yates@lw.com>; William Isaacson

<WIsaacson@dirllp.com>
**Cc:** Aaron Chiu <aaron.chiu@lw.com>; Jessica Phillips <JPhillips@dirllp.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick F. Madden <pmadden@bergermontague.com>
**Subject:** RE: Johnson/Cirkunovs/Davis

Hi Ben,

The attached reflects a version of the status report with Defendants' redlines accepted, and our additional redlines on top. A few notes on the disputed or potentially disputed issues:

First, Plaintiffs do not agree that there is no reason for the addition of language exempting Rule 30(b)(6) witnesses from the deposition limits. Doing so adds, at most, one deposition per Defendant against the proposed limits. Such modest addition is consistent with the expansion of the plan to three cases.

Second, Plaintiffs do not agree to defer a meet and confer on whether an extended deposition of a single witness (i.e., a deposition extending beyond 7 hours) should count as just one deposition against the agreed limits. If Defendants disagree with the proposition, we should get a ruling from the Court now. Nevertheless, Plaintiffs are available to meet and confer on the issue now.

Third, Defendants stated that the Court set the deadline for "Endeavor's discovery responses for certain RFPs … as August 28, 2025." However, as set forth in ECF No. 202, Endeavor must produce all documents responsive to those RFPs by August 17, 2025.

Fourth, Plaintiffs do not agree to extend Endeavor's substantial completion deadline set by the Court as August 17, 2025.

Fifth, Plaintiffs do not believe it would be appropriate to defer to October the status conference currently scheduled for August 28. As you know, the Court stated that the August 28 status conference would, among other things, address any issues arising out of Defendants' document productions currently due July 17 (for Zuffa and TKO) and August 17 (for Endeavor). Those issues will remain appropriate for an August 28 conference. The Court also stated that it would hold conferences every 2 months. Thus, it is likely that there will also be a conference in October that could address the motions to dismiss in *Cirkunovs* and *Davis*.

Sixth, Plaintiffs understand that Defendants have a right to file a motion to compel arbitration at any time in *Cirkunovs*. But Plaintiffs also have a right to discovery on the issue before being forced to respond. Plaintiffs propose language to deal with those points.

Seventh, Plaintiffs do not agree to a Daubert reply deadline that comes before Plaintiffs' Class Cert reply deadline. Defendant Zuffa already agreed to plaintiffs' proposed sequencing in Le, and Defendants Zuffa and Endeavor already agreed to it in the *Johnson* case. Then, after the parties submitted competing proposals to the Court in September 2024, the Court sided with Plaintiffs on this issue. Plaintiffs have largely agreed to the longer fact discovery period proposed by Defendants (with some tweaks to the proposed schedule thereafter), but Plaintiffs are standing firm on the sequencing to which Defendants previously agreed and which the Court has already ordered over Defendants' objection.

We are available to meet and confer at your convenience. Please let us know what days/times might work.

--Eric

---

**From:** Benjamin Cabranes <BCabranes@dirllp.com>
**Sent:** Monday, July 14, 2025 1:48 PM
**To:** Eric L. Cramer <ecramer@bergermontague.com>; Chris Yates <chris.yates@lw.com>; William Isaacson <WIsaacson@dirllp.com>
**Cc:** Aaron Chiu <aaron.chiu@lw.com>; Jessica Phillips <JPhillips@dirllp.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick F. Madden <pmadden@bergermontague.com>
**Subject:** RE: Johnson/Cirkunovs/Davis

Eric – please see attached for Defendants' edits and comments on Plaintiffs' consolidation proposals.
Thanks,
Ben

**Ben Cabranes | Associate**
Dunn Isaacson Rhee LLP
bcabranes@dirllp.com
202-240-2914 (direct)
203-687-7099 (cell)

---

**From:** Eric L. Cramer <ecramer@bergermontague.com>
**Sent:** Sunday, July 13, 2025 1:12 PM
**To:** Chris Yates <chris.yates@lw.com>; William Isaacson <WIsaacson@dirllp.com>
**Cc:** Aaron Chiu <aaron.chiu@lw.com>; Benjamin Cabranes <BCabranes@dirllp.com>; Jessica Phillips <JPhillips@dirllp.com>; Michael Dell'Angelo <mdellangelo@bergermontague.com>; Patrick F. Madden <pmadden@bergermontague.com>
**Subject:** FW: Johnson/Cirkunovs/Davis

Folks, it's been almost a month since we sent these materials. Can we have your response? If not, we will simply file the proposal as a motion.
--Eric

**Eric L. Cramer**/*Chairman*
215.875.3009 215.327.9583

BERGER MONTAGUE

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

**From:** Eric L. Cramer
**Sent:** Thursday, June 19, 2025 2:50 PM
**To:** William Isaacson <wisaacson@dirllp.com>; Chris Yates <chris.yates@lw.com>
**Subject:** Johnson/Cirkunovs/Davis

Bill and Chris:
Please find attached a draft joint status report for the three pending cases, which proposes a schedule and coordination procedures. Attached as well are a proposed ESI stip and protective order that would apply to all three cases.
Please let us know when you will be available to meet and confer about these proposals.
--Eric

-***External sender. Please use caution when clicking on any attachments or links*** -

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.
Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.
-***External sender. Please use caution when clicking on any attachments or links*** -

-***External sender. Please use caution when clicking on any attachments or links*** -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>~~DEFENDANTS~~Defendants. | No.: 2:21-cv-01189-RFB<br><br>**JOINT STATUS REPORT** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-914-RFB |
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

.

Pursuant to the Parties' and the Court's discussion at the June 3, 2025 Status Conference, Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly (the "*Johnson* Plaintiffs"), Plaintiff Mikhail Cirkunovs (the "*Cirkunovs* Plaintiff"), Plaintiff Phil Davis (the "*Davis* Plaintiff") (collectively, "Plaintiffs"), and Defendants Zuffa, LLC, TKO Operating Company, LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), jointly submit this Status Report.

## I. Outstanding Motions and Proposed Stipulations

Currently pending before the Court ~~is the Parties' Joint Stipulation Regarding Schedule for Defendants' Response To Plaintiff's Complaint, filed on July 7, 2025. *Davis v. Zuffa, LLC, et al.*, 2:25-cv-00946 (ECF No. 22.)~~ are two motions by Plaintiffs in *Johnson v. Zuffa, LLC*, 2:21-cv-1189: (1) *Johnson* Plaintiffs' Motion for Sanctions as to Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc., for Violating Court Orders and for the Appointment of a Special Master and the Production of Documents and Information Ordered by the Court (ECF No. 217); and, (2) *Johnson* Plaintiffs' Motion to Compel Production of Documents by Third Party Dominance MMA LLC Responsive to Plaintiffs' Subpoena Pursuant to Fed. R. Civ. P. 45 (ECF No. 216).

In addition, Defendants filed a motion to dismiss in *Davis v. Zuffa, LLC, et al.*, 2:25-cv-00946. ECF No. 25 (D. Nev. Aug. 6, 2025).

The Parties further propose the attached Amended Protective Order (attached as Exhibit A), and an Amended ESI Stipulation (attached as Exhibit B) to make the respective orders currently in place in the *Johnson* Action applicable to the *Cirkunovs* and *Davis* Actions.

## II. Coordination Among the Three Actions

Presently before the Court are three proposed class action cases: *Johnson v. Zuffa, LLC*, No. 2:21-cv-1189 (D. Nev.) (the "*Johnson* Action"); *Cirkunovs v. Zuffa LLC*, No. 2:25-cv-00914 (D. Nev.) (the "*Cirkunovs* Action"); *Davis v. Zuffa LLC*, No. 2:25-cv-00946 (D. Nev.) (the "*Davis* Action"). Each of the *Johnson* Plaintiffs, the *Cirkunovs* Plaintiff, and the *Davis* Plaintiff filed a

Notice in the respective actions notifying the Court of the relatedness of these actions. *See Johnson*, ECF No. 198; *Cirkunovs*, ECF No. 2; *Davis*, ECF No. 4. Each of the three actions has been assigned to this Court.

Following the filing of the *Cirkunovs* Action and the *Davis* Action, on June 3, 2025, the Court held a hearing in the *Johnson* Action. On June 5, 2025, the Court ordered that "discovery between *Johnson et al v. Zuffa, LLC dba Ultimate Fighting Championship et al.*, 2:21-cv-01189; *Cirkunovs v. Zuffa LLC et al.*, 2: 25-cv-00914[;] and *Davis v. Zuffa, LLC et al.*, 2:25-cv-00946, shall be consolidated to the extent that such discovery overlaps." *Johnson*, ECF No. 202.

The Court previously ordered in the *Johnson* Action that "discovery taken in *Le v. Zuffa*, 2:15-cv-01045, may be considered as also produced in *Johnson v. Zuffa*, 2:21-cv-01189." *Johnson*, ECF No. 166 (Oct. 22, 2024). The Court also ordered that "the Protective Orders in *Le v. Zuffa*, 2:15-cv-01045, and *Johnson v. Zuffa*, 2:21-cv-01189, are AMENDED so as to permit this sharing of discovery without breaching the confidentiality requirements otherwise set forth in those orders." *Id.* (Oct. 22, 2024).

To accomplish the efficient coordination of discovery across the *Johnson*, *Cirkunovs*, and *Davis* Actions, the Parties have met and conferred and agree that any discovery from the *Johnson* Action (including the *Le* discovery) should be considered as also produced or taken in the *Cirkunovs* Action and *Davis* Action, and *vice versa*.[1]

The Parties further propose, consistent with efficient coordination of discovery, that the following be entered in each of the three Actions: an Amended Protective Order (attached as Exhibit A), and; an Amended ESI Stipulation (attached as Exhibit B). These proposed amended orders would make the respective orders currently in place in the *Johnson* Action applicable to the *Cirkunovs* and *Davis* Actions. The Parties are also negotiating an Expert Stipulation applicable to all three actions and will submit that to the Court, as well.

---

[1] By entering into this stipulation, Defendants do not concede that any discovery taken prior to the July 1, 2017, time-period is relevant to the current market and competitive conditions in any relevant market(s) alleged in any of the three pending actions and reserve the right to contest the relevance or admissibility of discovery taken in one action(s) in the other pending action(s). In addition, Defendants will be filing one or more motions in *Davis* and *Cirkunovs*, and do not concede that any merits discovery is appropriate in those cases before those motions are ruled on.

## III.[II.] Discovery Plan

The Parties previously submitted a Discovery Plan in the *Johnson* Action. *See Johnson*, ECF No. 82. The Parties have met and conferred and believe that the limits previously agreed to should be expanded to accommodate the *Cirkunovs* and *Davis* Actions.

### A. Depositions

The Parties agree that across all three cases, each side shall be allotted no more than 55 depositions (increased from 50 per side that had been agreed to for the *Johnson* Action), including no more than 15 depositions per Defendant (i.e., Plaintiffs may take up to fifteen depositions of each Defendant's employees (including current and former employees)) regardless of the number of designees, one 30(b)(6) notice per Defendant does not count against these limits. ~~To the extent a party determines additional time is necessary~~Furthermore, Plaintiffs anticipate that, as the Court allowed in *Le*, they will require more than seven hours to depose ~~a~~ certain ~~deponent,~~witnesses, some of whom maintain positions with more than one of the ~~Parties~~Defendants and/or have been extensively involved in the challenged conduct for long periods of time. Defendants agree to meet and confer regarding additional time for ~~that deponent. If a party is permitted additional time to depose a~~ certain ~~deponent, the opposing party~~deponents that Plaintiffs identify. To the extent additional time for certain deponents is agreed to by the parties or ordered by the Court, such extended depositions shall ~~be entitled to the same amount of additional~~only count as one deposition ~~time to be applied at its discretion.~~against the above limits.[2]

[2] As before, the Parties' proposal as to the number of depositions excludes expert depositions. As to expert depositions, the Parties continue to propose a limit of ten (10) hours of deposition time per expert that submits a report in *Johnson*, *Cirkunovs*, and/or *Davis* to the extent such expert also submitted a report in *Le* and was deposed in *Le*. For any expert from whom a Party submits a report in *Johnson*, *Cirkunovs*, and/or *Davis* on a significant economic issue, and that expert did not submit a report in *Le*, the opposing Party shall have fourteen (14) hours to depose such expert. To the extent a Party submits an expert report not contemplated by the schedule entered in this case, the opposing party shall have an opportunity to seek the Court's approval for an additional 7 hours of deposition time concerning the unscheduled report in the event that the Court allows such a report.

**B. Interrogatories**

The Parties propose that each side across the three actions may collectively serve no more than 37 interrogatories on the other side.[3]

**C. Proposed Schedule**

The Parties have met and conferred and propose the following revised schedule for the Actions.

| Case Event | Date |
|---|---|
| Defendants to serve answers to or otherwise respond to *Cirkunovs* ~~and *Davis* Complaints~~Complaint | August ~~6~~8, 2025 |
| *Johnson* Party Endeavor to substantially complete production of documents responsive to Plaintiffs' RFPs to Endeavor Nos. 1-17, Nos. 20-21, Nos. 24-27, Nos. 30-32, Nos. 35-41, Nos. 43-78, and Nos. 81-94 | August 17, 2025 |
| Parties to submit a joint status report | August 18, 2025 |
| Status Conference in *Johnson*, *Cirkunovs*, and *Davis* | August 26, 2025 |
| *Davis and/or* *Cirkunovs* ~~and/or *Davis*~~ plaintiffs to file oppositions to any motions to dismiss | September 18, 2025 |
| Defendants to file reply(ies) in support of any motion(s) to dismiss in *Cirkunovs* and *Davis* | -October 9, 2025 |
| | |
| Defendants to file any motion(s) to compel arbitration in *Cirkunovs* Action | On or before January 30, 2026 |
| Plaintiffs' opposition to any motion to compel arbitration in *Cirkunovs* Action | 30 days following the filing of a motion to compel arbitration. Upon a showing of good cause, Plaintiffs may seek an extension of time to file their response[4] |
| Defendants' reply in support of motion to compel | 21 days following the filing of |

[3] The Parties previously agreed (*Johnson*, ECF No. 80), and the Court ordered (*Johnson*, ECF No. 82), that with reference to the *Johnson* Action only, each side may collectively serve no more than 27 interrogatories on the other side.

[4] Plaintiffs understand that the Court has indicated that Plaintiffs are entitled to discovery on arbitration issues prior to being required to oppose any motion to compel arbitration in these cases. *See, e,g,,* June 3, 2025 Hrg. Tr. at 65 ("So I would anticipate that at that meeting [the August 2025 Status Conference] you all … will come to me, if you haven't already agreed, with a schedule about issues such as discovery relating to arbitration agreements, for example, what that's going to be, what it's going to look like."). As a result, Plaintiffs believe that good cause is presumptively present if such discovery has not been completed.

| | |
|---|---|
| arbitration in *Cirkunovs* Action | Plaintiffs' opposition to any motion to compel arbitration in the *Cirkunovs* Action |
| Close of Fact Discovery, including all non-expert depositions as to all parties in *Johnson*, *Cirkunovs*, and *Davis* Actions | August 15, 2026[5] |
| Plaintiffs' opening expert reports on class and merits in *Johnson*, *Cirkunovs*, and *Davis* Actions | September 16, 2026 |
| Opposition expert reports on class and merits in *Johnson*, *Cirkunovs* , and *Davis* Actions | December 15, 2026 |
| Plaintiffs' rebuttal expert reports on class and merits in *Johnson*, *Cirkunovs*, and *Davis* Actions | February 23, 2027 |
| Last day to depose each opposing parties' experts in all Actions | March 9, 2027 |
| Plaintiffs' Class Certification Motions in all Actions and any *Daubert* Motions of all parties in all Actions | April 23, 2027 |
| Defendants' Responses to Class Certification Motions and Responses to any *Daubert* Motions in all Actions | June 23, 2027 |
| Replies re: any *Daubert* Motions in all Actions | July 23, 2027 |
| Replies re: Class Certification Motions in all Actions | July 30, 2027 |
| Any Motions for Summary Judgment in all Actions | 60 days after the later of (a) the Court's order on class certification, (b) if a party takes an appeal under Fed. R. Civ. P. 23(f), 45 days after an order resolving the petition to appeal or appeal (if the petition is granted and an appeal is allowed) |
| Responses to any Motions for Summary Judgment in All Actions | 60 days following the filing of the relevant Motion for Summary Judgment |
| Replies re: any Motions for Summary Judgment in All Actions | 90 days following the filing of the relevant Motion for Summary Judgment |
| Joint Pretrial Order in All Actions | 30 days following the Courts' resolution of all Motions for Summary Judgment |

Respectfully Submitted, Dated: [DATE], 2025

---

[5] The prior scheduling order in *Johnson*, ECF No. 189, set January 16, 2026 as the close of fact discovery. Given the issues associated with coordinating the *Cirkunovs* and *Davis* cases, the Parties hereby, as reflected in this proposed schedule, jointly request an extension of that deadline and the future deadlines keyed from it.

By: ________________________
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (*Pro Hac Vice*)
Kyla Gibboney (*Pro Hac Vice*)
Robert C. Maysey (*Pro Hac Vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 215-0962
jdavis@bm.net
kgibboney@bm.net
rmaysey@bm.net

*Counsel for Plaintiffs and the Proposed Classes*

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
W. Joseph Bruckner (*Pro hac vice*)

By: ____________________________
CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@DIRLLP.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@DIRLLP.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004

DONALD J. CAMPBELL (No. 1216)

Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001/Fax: (612) 339-0981
wjbruckner@locklaw.com
**bdclark@locklaw.com**

**Kyle J. Pozan (*Pro hac vice*)**
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiffs and the Proposed Classes*

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Tel: (702) 333-7777
Fax: (702) 655-3763
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Classes*

djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Status Report was served on [DATE], 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Christopher S. Yates*
Christopher S. Yates of
LATHAM & WATKINS LLP