# EXHIBIT 7

Michael Dell'Angelo (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: mdellangelo@bergermontague.com

*Counsel for Plaintiff and the Class*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ZUFFA, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>*Defendants*. | Case No.: 2:25-cv-00946-RFB-BNW<br><br>**PLAINTIFF'S FRCP 26(a) AMENDED INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Phil Davis ("Plaintiff") makes the following amended initial disclosures to Defendants Zuffa, LLC, and TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) ("UFC") and Defendant Endeavor Group Holdings, Inc. ("Endeavor") (collectively, "Defendants").

**PRELIMINARY STATEMENT**

Plaintiff makes these amended initial disclosures based on information reasonably available to him at this time. These amended initial disclosures replace and supersede Plaintiff's Initial Disclosures dated November 5, 2026. Plaintiff's disclosures represent a good-faith effort to identify information currently available to him that he reasonably believes is discoverable and which Plaintiff may use to support his claims or defenses as required by Fed. R. Civ. P. 26(a). Plaintiff reserves the right to supplement or correct these disclosures upon continuing investigation and discovery, in accordance with Fed. R. Civ. P. 26(e).

These amended initial disclosures are specific to this action, to the extent that separate initial disclosures are required. The proposed Class in this action consists of Professional MMA Fighters who competed in one or more live Professional MMA bouts for a non-UFC MMA Promoter during the Class Period, and expressly excludes Fighters under contract with the UFC and members of the proposed class in *Johnson v. Zuffa, LLC*, No. 2:21-cv-01189-RFB-BNW (D. Nev.) ("Johnson"). *See* Complaint ¶ 46. Consistent with the plain language of his Complaint, the representations of counsel for Plaintiff, and the stated understanding of the Court, Plaintiff seeks injunctive relief only; neither Plaintiff nor the members of the proposed Class seek monetary damages from Defendants. ECF No. 60 at 2, 11; ECF No. 230 at 2 (citing ECF No. 204); *id.* at 5; and *Johnson*, ECF No. 656 at 92, 102. Discovery in this action is open and is consolidated with discovery in *Johnson* to the extent that such discovery overlaps (ECF No. 13), and the parties have stipulated that discovery produced in *Johnson* and in *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW (D. Nev.) ("*Le*") is deemed produced in this action (ECF No. 34). Plaintiff therefore may use discovery from *Johnson* and *Le*, but these disclosures also identify the witnesses, documents, and information specific to the claims of Plaintiff and the proposed Class that Plaintiff may use to support his claims.

Plaintiff's amended initial disclosures are made without waiving in any way: (i) the right to object

on the grounds of competency, privilege, relevancy and materiality, undue burden, hearsay, or any other proper ground, to the use of any information disclosed herein, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (ii) the right to object on any grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

Plaintiff may further affirm, clarify, modify, or otherwise develop his claims in this lawsuit. Therefore, Plaintiff reserves the right, at any time, to identify additional individuals, if any, who may have discoverable information that Plaintiff may use to support his claims or defenses.

## I. Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information that Plaintiff May Use to Support His Claims or Defenses

Subject to the foregoing, Plaintiff believes that the persons or entities listed below are likely to have discoverable information that Plaintiff may use to support his claims of anticompetitive conduct as alleged in the operative complaint filed in this action. Plaintiff makes no representations as to the extent of knowledge of these individuals. This is a preliminary list based upon the information that is known to Plaintiff at this time. Plaintiff retains the right to modify or supplement this list as the circumstances may warrant and as otherwise permitted by the Court. All disclosures are made without waiver of any applicable privileges or other objections to the use or production of information or knowledge held by these people or entities. Plaintiff expressly incorporates into these Amended Initial Disclosures all of the individuals and entities that have been identified in the parties' initial disclosures or other discovery responses of any party in this action as individuals or entities likely to have discoverable information.

### A. Defendants

The following list includes Defendants' current and former directors, executives, officers, and employees whom Plaintiff believes are likely to have discoverable information that Plaintiff may use to support Plaintiff's claims:

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Dana White | President, TKO Operating Group, LLC<br><br>President and CEO, Zuffa, LLC | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, the acquisition of Zuffa, LLC by Endeavor and the formation of TKO and the relevant markets in this action. | [redacted] |
| Hunter Campbell | Executive Vice President & Chief Business Officer, Zuffa, LLC | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' dealings with non-UFC MMA Promoters, any proposal or request to co-promote live Professional MMA bouts with a non-UFC MMA Promoter, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Ari Emanuel | Chairman and Chief Executive Officer of Endeavor Group Holdings, Inc., Director and Chief Executive Officer of TKO | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, the acquisition of Zuffa, LLC by Endeavor and the formation of TKO and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Patrick Whitesell | Executive Chairman and Director of Endeavor Group Holdings, Inc. | Information regarding the acquisition of Zuffa, LLC by Endeavor and the formation of TKO and the relevant markets in this action. | [redacted] |
| Jason Lublin | Chief Financial Officer of Endeavor Group Holdings, Inc. | Information regarding the financial condition of Endeavor and Zuffa, LLC and the financial condition of Endeavor. | [redacted] |
| Mark Shapiro | Director, President and Chief Operating Officer of TKO<br><br>President and Chief Operating Officer, Endeavor Group Holdings, Inc. | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Andrew Schleimer | Chief Financial Officer of TKO | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, the financial condition of Zuffa, LLC and TKO and the relevant markets in this action. | [redacted] |
| Seth Krauss | Chief Legal Officer of TKO | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Sean Shelby | Matchmaker, Zuffa, LLC | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Mick Maynard | Matchmaker, Zuffa, LLC | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Ike Lawrence Epstein | Managing Member, Senior Executive Vice President and Chief Operating Officer | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Marc Ratner | Vice President of Regulatory Affairs | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Tracy Long | Director of Athlete Relations | Information regarding Defendants' contract negotiations, contracts, and commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Egon P. Durban | Director of TKO and Endeavor, Co-CEO and Managing Member of TKO Silver Lake Group, L.L.C. (beneficial owner of TKO) | Information regarding the merger of Zuffa, LLC with World Wrestling Entertainment, Inc. | [redacted] |

**B. Plaintiff**

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Phil Davis | Professional Mixed Martial Artist | Plaintiff's career as a Professional MMA Fighter, including his UFC contracts and bouts through January 2015; his contracts, contract negotiations, bout offers, compensation, rankings, matchmaking, and title opportunities with Bellator (2015–2023), the PFL (2023–2025), and any other non-UFC MMA Promoter; the impact of Defendants' conduct on his compensation and career opportunities; commercial practices in the MMA industry; Defendants' exclusionary practices; and the relevant markets in this action. | This individual should be contacted only through Plaintiff's counsel. |

**C. Additional Persons**

The following list includes non-parties whom Plaintiff believes are likely to have discoverable information that Plaintiff may use to support Plaintiff's claims:

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Scott Coker | Founder and former Chief Executive Officer of Explosion Entertainment, LLC (operating under the name Strikeforce), former President of Bellator Sport Worldwide, LLC | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action, as well as the effect of Defendants' conduct on other MMA Promoters' ability to obtain the services of top Professional MMA Fighters and generate corresponding revenues and pay corresponding compensation. | Unknown |
| Donn Davis | Chairman of MMAX Investment Partners, Inc., the parent of the Professional Fighters League | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action, as well as the effect of Defendants' conduct on other MMA Promoters' ability to obtain the services of top Professional MMA Fighters and generate corresponding revenues and pay corresponding compensation. | [redacted] [redacted] |
| Peter Murray | CEO of MMAX Investment Partners, Inc., the parent of the Professional Fighters League | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action, as well as the effect of Defendants' conduct on other MMA Promoters' ability to obtain the services of top | Unknown |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| | | Professional MMA Fighters and generate corresponding revenues and pay corresponding compensation. | |
| Ed Soares | CEO of Legacy Fighting Alliance | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Joe Kelly | Former Director of Operations of Bellator; Founder of Titan Fighting Championships | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Jeff Aronson | Chief Executive Officer and majority owner of Titan Fighting Championships | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Lex McMahon | Chief Operating Officer of Titan Fighting Championships | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Shannon Knapp | President and co-founder of Invicta Fighting Championships (Invicta FC); former executive with King of the Cage, WFA, International Fight League, Affliction Entertainment, UFC, and Strikeforce | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Julie Kedzie | Matchmaker for Invicta Fighting Championships | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |
| Campbell McLaren | CEO of Combate Global | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Matt Hume | Senior Vice President, ONE Championship | Information regarding Defendants' contract negotiations, contracts, commercial practices in the MMA industry, some of Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Francis Ngannou | Professional MMA Fighter | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |
| Marquel Martin | Manager of Francis Ngannou | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Paulo Costa | Professional MMA Fighter | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |

| Name | Title or Position | Subject Matter | Address |
| --- | --- | --- | --- |
| Tamara Alves | Manager of Paulo Costa | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |
| Ali Abdel-Aziz | President of Dominance MMA Management | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Jason House | CEO of Iridium Sports Agency | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Audie Attar | CEO of Paradigm Sports Management | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Malki Kawa | CEO of First Round Management | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Abe Kawa | CFO of First Round Management | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Daniel Rubenstein | Owner of Ruby Sports and Entertainment | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |
| Brian Butler-Au | Managing Partner of SuckerPunch Entertainment | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Brian Hamper | Managing Partner of SuckerPunch Entertainment | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |
| Shu Hirata | Managing Partner of SuckerPunch Entertainment | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | Unknown |
| Oscar De La Hoya | Founder and majority owner of Golden Boy Promotions, Inc. | Information regarding the UFC's contract negotiations, contracts, commercial practices in the MMA industry, Defendants' exclusionary practices, and the relevant markets in this action. | [redacted] |
| Bob Arum | Founder and Chief Executive Officer of Top Rank, Inc. | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Leon Margules | Promoter of Warriors Boxing | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Lou DiBella | Founder and Chief Executive Officer of DiBella Entertainment, Inc. | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Eddie Hearn | Chairman, Matchroom Global | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Floyd Mayweather Jr. | Former world champion professional boxer and President of Mayweather Promotions | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| Leonard Ellerbe | CEO of Mayweather Promotions | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Franck Dupuis | CEO of Venum | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] [redacted] |
| Dwayne Johnson | Spokesman for Project Rock shoes worn by UFC fighters and produced by Under Armour, Inc. | Information regarding the UFC's commercial practices and the relevant markets in this action. | Unknown |
| Stephanie Linnartz | CEO of Under Armour, Inc. | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |

| Name | Title or Position | Subject Matter | Address |
|---|---|---|---|
| James Pitaro | Chairman, ESPN | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Stephen Espinoza | Executive Vice President and General Manager, Sports and Event Programming at Showtime Networks | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Joseph Markowski | CEO, North America, DAZN Group | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |
| Joe Hand, Jr. | President of Joe Hand Promotions, Inc. | Information regarding the UFC's commercial practices and the relevant markets in this action. | [redacted] |

## II. Rule 26(a)(1)(A)(ii): Documents and Information That Plaintiff May Use to Support His Claims or Defenses

Subject to the foregoing, including Plaintiff's right to modify, supplement, or clarify this response, Plaintiff, through his counsel, represents that he has in his possession, custody, or control the following categories of documents, electronically stored information, and tangible things: files, documents, and data regarding Plaintiff's career as a Professional MMA Fighter; documents, data, deposition testimony, and other discovery produced or taken in *Johnson* and *Le*, which the parties have stipulated is deemed produced in this action (ECF No. 34), including Defendants' documents and data concerning non-UFC MMA Promoters, co-promotion, Fighter compensation, and Defendants' exclusionary conduct; documents and data produced by non-parties, including non-UFC MMA Promoters, managers, and agents, in response to subpoenas served in this action or in *Johnson*, which are located with the producing non-parties and counsel for the parties; publicly available information, including Fighter compensation information reported to or published by state athletic commissions, bout results and rankings, and public statements and filings by Defendants and non-UFC MMA Promoters; and documents produced by any party in response to discovery requests in this action.

## III. Rule 26(a)(1)(A)(iii): Computation of Plaintiff's Damages

Not applicable. Plaintiff seeks injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26, on behalf of himself and the proposed Class, together with the costs of suit, including reasonable attorneys' fees, as provided by that statute. Neither Plaintiff nor the members of the proposed Class seek monetary damages from Defendants in this action, and Plaintiff withdraws the inadvertent statement regarding damages contained in his November 5, 2026 initial disclosures. Accordingly, there is no computation of damages to disclose under Rule 26(a)(1)(A)(iii). The injury on which Plaintiff's claim for injunctive relief rests—artificially suppressed compensation for competing in live Professional MMA bouts for non-UFC MMA Promoters and diminished career opportunities—is described in the Complaint, *see, e.g.*, Complaint ¶¶ 45, 117, 168–69, and Plaintiff will rely on the documents and information identified in response to Rule 26(a)(1)(A)(i)–(ii) above, and on expert testimony, to establish it.

## IV. Rule 26(a)(1)(A)(iv): Insurance Policies

Not applicable.

Dated: November 10, 2026

Respectfully submitted,

By: /s/ Michael Dell'Angelo

Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
Dennie Zastrow (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com
Email: dzastrow@bergermontague.com

Joshua P. Davis (*Pro hac vice*)
Robert Maysey (*Pro hac vice*)
BERGER MONTAGUE PC
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com
Email: rmaysey@bergermontague.com

*Counsel for Plaintiff and the Proposed Class*

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)
Itak Moradi (*Pro hac vice*)
SAVERI LAW FIRM, LLP
550 California St., Suite 910
San Francisco, CA 94104
Telephone: +1 (415) 500-6800
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Additional Counsel for Plaintiff and the Proposed Class*

Richard A. Koffman (*Pro hac vice*)
Benjamin D. Brown (*Pro hac vice*)
Daniel H. Silverman (*Pro hac vice*)
Daniel Gifford (*Pro hac vice*)
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

*Additional Counsel for Plaintiff and the Proposed Class*

Michael J. Gayan
CLAGGETT & SYKES

4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 323-7777
mike@claggettlaw.com

*Liaison Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2026, a true and correct copy of Plaintiff's Amended Initial Disclosures was sent via electronic mail to counsel for Defendants.

*/s/ Michael Dell'Angelo*

Michael Dell'Angelo